UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-23678-WILLIAMS

DELENA BROWN,

    Plaintiff,

vs.

WINFEATHER CHARTERS NV, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal. (DE 7). Upon review of the notice and the record, this action is **DISMISSED**. All pending motions are **DENIED AS MOOT**. The case is **REMOVED** from the trial calendar. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 28 day of February, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE